UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW L. FERBER,

            Plaintiff,

-against-

RRAPI OF ARTHUR AVE INCORPORATED, a New York corporation, d/b/a RRAPI'S OF ARTHUR AVE PIZZA, and MYB MONROE INC, a New York corporation,

            Defendants.

**ORDER**

23-CV-09523 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Matthew L. Ferber ("Plaintiff") initiated this action by filing a complaint on October 30, 2023. (Doc. 1; Doc. 8). On December 8, 2023, Plaintiff filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants Rrapi Of Arthur Ave Incorporated and MYB Monroe Inc on November 20, 2023. (Doc. 10; Doc. 11). There has been no activity on the docket since the filing of the affidavits of service.

    Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B), or file a letter advising the Court why it should not pursue a default judgment application against Defendants, by January 17, 2024.

    Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       January 10, 2024

                                              _____
                                              Philip M. Halpern
                                              United States District Judge