# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 16, 2024

**VIA CM/ECF**
Honorable Judge Philip M. Halpern
United States District Court
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

          Re:    Ferber v. Rrapi Of Arthur Ave Incorporated, et al.
                  Case 7:23-cv-09523-PMH

Dear Judge Halpern:

      The undersigned represents the Plaintiff in the above-captioned case matter. Per Order [D.E. 22], the Court directs the Plaintiff to comply with the Court's January 10, 2024 Order by May 17, 2024.

      The undersigned advises the Court that The Tenant/Defendant and owner Rrapi Of Arthur Ave Incorporated, Mr. Chris Rapage ("Tenant/Defendant" or "Defendant"), has contacted this firm wanting to settle this matter. We advised the Tenant/Defendant to hire an attorney. Owner said he had been calling attorneys, but that they were quoting very high rates. Owner stated he will look into it further. In addition, he stated he didn't want to go into default.

      The undersigned is mindful of the Court's warning of no further extensions, but due to the extenuating circumstance, we respectfully request that the Court consider the current circumstance and delayed response of the Tenant/Defendant and grant a stay of Plaintiff's application to move for default of the Tenant/Defendant until the Defendant hires an attorney to represent him in this matter, or at the minimum 30 days, until Defendant can search for and find an attorney he can hire.

      This is the undersigned's first request for a stay in this matter. Thank you for your kind attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com

---

Application denied. The Court's prior orders were clear, no further extensions would be granted. In any event, the Court's rules require that any applications for extensions must be made at least 48 hours prior to the deadline. Plaintiff is warned that failure to comply with the Court's orders and rules may result in dismissal of this action.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         May 20, 2024