# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW L. FERBER,<br><br>　　　Plaintiff,<br><br>vs,<br><br>RRAPI OF ARTHUR AVE INCORPORATED, a New York corporation, d/b/a RRAPI'S OF ARTHUR AVE PIZZA, and MYB MONROE INC, a New York corporation,<br><br>　　　Defendants. | CASE NO: 7:23-cv-09523-PMH |

## ORDER GRANTING WITHDRAWAL OF CLAIMS AND DEFENSE

THIS CAUSE, having come before the Court on the Parties' Stipulation of Withdrawal of Plaintiff's claims and Defendant's defense, and the Court, being fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED, That**:

1. The Parties' Stipulation to Withdraw Claims and Defense is **GRANTED**.

2. Plaintiff s second claim of Plaintiff's Complaint under the New York City law, entitled Count II, Violations of The New York City Human Rights Law ("NYCHRL"), shall be withdrawn;

3. Plaintiff's fourth claim of Plaintiff's Complaint under the New York City law, entitled Count IV, Violation of The Administrative Code of The City of New York, namely, Administrative Code of the City of New York, § 8-107(4), and Local Law 58, shall be withdrawn;

4. Defendant's seventh affirmative defense that the property is not a place of public accommodation, shall be withdrawn.

**SO ORDERED**

Dated: June 24, 2024
White Plains, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. HALPERN
　　　　　　　　　　　　　　　　　　United States District Judge