UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW L. FERBER,<br><br>      Plaintiff,<br><br>-against-<br><br>RRAPI OF ARTHUR AVE INCORPORATED, a New York corporation, d/b/a RRAPI'S OF ARTHUR AVE PIZZA, and MYB MONROE INC, a New York corporation,<br><br>      Defendants. | **ORDER**<br><br>23-CV-09523 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
    September 24, 2024

                    _____
                    Philip M. Halpern
                    United States District Judge